Jon H. Weiner, OSB #993944
jweiner@nw-attorneys.com
1415 Commercial Street SE
Salem, OR 97302
Tel: (503) 399-7001
Fax: (503) 399-0745
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Portland Division

| | |
|---|---|
| CORY KREHBIEL, ROBERT GLASS, COETY HAILI, and GLEN VANDERYACHT,<br><br>     Plaintiffs,<br><br>     v.<br><br>HD2, LLC, an Oregon limited liability company,<br><br>     Defendants. | Case No. 3:19-cv-530- SI<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a), the parties, through their undersigned counsel, stipulate to the dismissal of this action with prejudice, and that a judgment be entered accordingly; each party to bear their own fees and costs.

Dated:  January 4, 2021

//

//

**STIPULATED BY:**

| | |
|---|---|
| */s/ Jon Weiner* <br> Jon Weiner, OSB #993944 <br> jweiner@nw-attorneys.com <br> 1415 Commercial Street SE <br> Salem, OR 97302 <br> Tel: (503) 399-7001 <br> Fax: (503) 399-0745 <br> Attorney for Plaintiffs | */s/ Alexander Trauman* . <br> Alexander C. Trauman, OSB #075491 <br> Motschenbacher & Blattner LLP <br> atrauman@portlaw.com <br> 117 SW Taylor Street, Suite 300 <br> Portland, OR 97204-3029 <br> Tel: 503-417-0500 <br> Fax: 503-417-0501 <br> Attorneys for Defendant |