# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **CORY KREHBIEL,**<br>**ROBERT GLASS,**<br>**COETY HAILI, and**<br>**GLEN VANDERYACHT**, | Case No. 3:19-CV-530-SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| **HD2, LLC**, | |
| Defendant. | |

Based on the stipulation of the parties (ECF 26),

**IT IS ADJUDGED** that this case is DISMISSED with prejudice and with each party to bear its own fees and costs.

DATED this 11th day of January, 2021.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge